Wednesday      24th

            July, 1996.


Norfolk Shipbuilding & Drydock Corporation
 and Richard-Flagship Services, Inc.,                     Appellants,

  against      Record No. 1416-95-1
               Claim No. 154-00-19

Donald Eugene Umphlett,                                   Appellee.


                        Upon a Rehearing

                Before Judges Baker, Bray and Overton


        It appears to the Court that the decisions of the Supreme
Court of Virginia in the cases of The Steinrich Group, et al. v.
Claudia H. Jemmott, Record No. 950829, Perdue Farms, Inc. v. Linda Kay
Martin, Record No. 951050, and Wampler-Longacre Chicken, Inc., et al.,
Record No. 951072 (March 1, 1996), control the instant case and that,
thus, the award appealed from is erroneous.

        Accordingly, the opinion previously rendered on February 27,
1996 is withdrawn, the mandate entered on that date is vacated, and
the award of the Virginia Workers' Compensation Commission is
reversed.

        This order shall be certified to the Virginia Workers'
Compensation Commission.

                        A Copy,

                                Teste:

                                        Clerk